IN THE UNITED STATES DISTRICT COURT,
DISTRICT OF UTAH, SOUTHERN DIVISION

| | |
|---|---|
| STATE AUTO PROPERTY & CASUALTY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>JAMES ORTLER, APRIL FISCHER, MILLINDA JOHNSON, AIMEE JOHNSON, and SARAH BARLOW,<br><br>Defendants. | **ORDER GRANTING STIPULATED MOTION TO HOLD DISCOVERY IN ABEYANCE PENDING THE COURT'S RULING ON:**<br>**(1) STATE AUTO'S MOTION TO DISMISS, (2) STATE AUTO'S MOTION FOR JUDGMENT ON THE PLEADINGS, AND (3) JAMES ORTLER'S MOTION TO STAY**<br><br>Case No. 4:24-cv-00023-DN-PK<br><br>District Judge David Nuffer<br>Magistrate Judge Paul Kohler |

Based on review of the Parties' Stipulated Motion to Hold Discovery in Abeyance Pending the Court's Ruling on (1) State Auto's Motion to Dismiss, (2) State Auto's Motion for Judgment on the Pleadings, and (3) James Ortler's Motion to Stay ("Stipulated Motion")[1] and finding good cause therefore, the Stipulated Motion is GRANTED.

Discovery in this matter is hereby stayed pending the Court's rulings on the above-referenced motions. If the Court's rulings on any of the above-referenced motions do not fully resolve this matter or result in a stay of this matter, the parties are ordered to jointly file a proposed discovery schedule within fifteen (15) days of receipt of the Court's ruling on the last of the above-referenced motions it decides.

---

[1] Docket No. 73, filed January 16, 2025.

DATED this 17th day of January, 2025.

                                    BY THE COURT:

                                    _____
                                    PAUL KOHLER
                                    United States Magistrate Judge